CLOSED,REASSIGNED

# U.S. District Court
# Northern District of Iowa (Cedar Rapids)
# CRIMINAL DOCKET FOR CASE #: 1:14-cr-00119-CJW-MAR-3
# Internal Use Only

Case title: USA v. Waddell et al

Date Filed: 10/30/2014
Date Terminated: 04/29/2015

**Interested Party**

**US Probation**	represented by **USPO-IANP uspNotify**
Email: poecm@ianp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Interested Party**

**USPO Jill Bushaw**

Assigned to: Judge CJ Williams
Referred to: Magistrate Judge Mark A Roberts

Appeals court case number: 15-2012
Eighth Circuit Court of Appeals

**Defendant (3)**

**Snofawn Torres-Webber**	represented by **John Dennis Jacobsen**
4001 Oxford St	Jacobsen Johnson & Wiezorek PLC
Des Moines, IA 50313	425 2nd Street SE
*TERMINATED: 04/29/2015*	Suite 803
ECF
Cedar Rapids, IA 52401
319 286 1767
Email: jjacobsen@jjwlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Max Samuel Wolson**
3495 South Wakefield Street
***ECF
Arlington, VA 22206

202 730 5188
Email: max.wolson@gmail.com
*TERMINATED: 12/08/2014*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1951 INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (1) | 44 months imprisonment. 3 years supervised release. 100.00 assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2 and 1951 PRINCIPALS (2) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**  represented by  **Lisa C Williams**
US Attorney's Office
111 7th Avenue SE
Box 1
\*\*\*ECF
Cedar Rapids, IA 52401
319 363 6333
Email: lisa.williams@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Patrick J Reinert**
US Attorney's Office
Northern District of Iowa
111 7th Avenue SE
Box 1
\*\*\*ECF
Cedar Rapids, IA 52401

319 363 6333
Email: pat.reinert@usdoj.gov
*TERMINATED: 07/02/2015*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2014 | | Judge update in case as to Bart Kevin Waddell, Leonard Craig Landt, Jr, Snofawn Torres. Chief Judge Linda R Reade and Magistrate Judge Jon S Scoles added. (Conflicts reviewed as to parties and AUSA, none found) (ksy) (Entered: 10/31/2014) |
| 10/30/2014 | 4 | SEALED Indictment as to Bart Kevin Waddell (1) Counts 1, 2; Leonard Craig Landt, Jr (2) Counts 1, 2; and Snofawn Torres (3) Counts 1, 2. (Attachments: # 1 Unredacted Indictment) (ksy)(eUSA, eUSM, eUSP) (Entered: 10/31/2014) |
| 10/30/2014 | 7 | *SEALED* Arrest Warrant Issued in case as to Defendant Snofawn Torres. (ksy)(eUSA, eUSM, eUSP) (Entered: 10/31/2014) |
| 10/30/2014 | 8 | ORDER to Seal Case as to Defendant Bart Kevin Waddell, Leonard Craig Landt, Jr, Snofawn Torres until the arrest of the first defendant. Signed by Magistrate Judge Jon S Scoles on 10/30/14. (ksy)(eUSA, eUSM, eUSP) (Entered: 10/31/2014) |
| 11/10/2014 | | Case and Indictment unsealed as to Defendants Bart Kevin Waddell, Leonard Craig Landt, Jr, Snofawn Torres, pursuant to JSS Chambers e-mail. (JK) (Entered: 11/10/2014) |
| 11/10/2014 | 9 | TEXT ONLY ORDER SETTING HEARINGS as to Defendant Snofawn Torres. Initial Appearance and Arraignment set for 11/10/2014 03:30 PM in 111 7th Avenue SE, Courtroom 3, 4th Floor before Chief Magistrate Judge Jon S Scoles. FPD USA USM USP notified via email. Signed by Chief Magistrate Judge Jon S Scoles on 11/10/2014. (Stigler, Karo) (Entered: 11/10/2014) |
| 11/10/2014 | 10 | Arrest Warrant Returned Executed on 11/8/2014 in case as to Defendant Snofawn Torres. (skm) (Entered: 11/10/2014) |
| 11/10/2014 | 11 | ORDER Appointing Federal Public Defender as to Defendant Snofawn Torres. Max Samuel Wolson for Snofawn Torres appointed. Signed by Chief Magistrate Judge Jon S Scoles on 11/10/2014. (Conflicts list reviewed; none found) (pac) (Entered: 11/10/2014) |
| 11/10/2014 | 12 | SEALED CJA 23 Financial Affidavit by Defendant Snofawn Torres. (pac) (Entered: 11/10/2014) |
| 11/10/2014 | 13 | MINUTE Entry for proceedings held before Chief Magistrate Judge Jon S Scoles: Initial Appearance and Arraignment as to Defendant Snofawn Torres (3) Count 1, 2 held on 11/10/2014. Attorney Max S Wolson for defendant, and defendant pled not guilty to Counts 1 and 2 of the Indictment. Defendant detained. (Court Reporter: FTR Gold) (pac) (Entered: 11/10/2014) |

| | | | |
|---|---|---|---|
| 11/10/2014 | | 14 | STIPULATED DISCOVERY ORDER as to Defendant Snofawn Torres. Signed by Chief Magistrate Judge Jon S Scoles on 11/10/2014. (pac) (Entered: 11/10/2014) |
| 11/10/2014 | | 15 | TRIAL MANAGEMENT ORDER as to Defendant Snofawn Torres. Jury Trial set for 1/12/2015 at 9:00 AM in 111 7th Avenue SE Courtroom 1, 2nd Floor before Chief Judge Linda R Reade. Final Pretrial Conference set for 1/12/2015 at 8:30 AM in 111 7th Avenue SE Courtroom 1, 2nd Floor before Chief Judge Linda R Reade. Jury Instructions due by 1/2/2015. Motions due by 12/8/2014. Status Conference set for 12/17/2014 at 12:00 PM in 111 7th Avenue SE, Courtroom 3, 4th Floor before Chief Magistrate Judge Jon S Scoles. Trial Related Motions due by 12/29/2014. Signed by Chief Magistrate Judge Jon S Scoles on 11/10/2014. (pac) (Entered: 11/10/2014) |
| 11/10/2014 | | 16 | ORDER of Temporary Detention as to Defendant Snofawn Torres. Detention Hearing set for 11/13/2014 at 12:00 PM in 111 7th Avenue SE, Courtroom 3, 4th Floor before Chief Magistrate Judge Jon S Scoles. Signed by Chief Magistrate Judge Jon S Scoles on 11/10/2014. (pac) (Entered: 11/10/2014) |
| 11/12/2014 | | 17 | ORDER Cancelling Detention Hearing and Ordering Defendant Detained as to Defendant Snofawn Torres-Webber: The Detention Hearing currently scheduled for 11/13/2014 at 12:00pm is hereby cancelled. Signed by Chief Magistrate Judge Jon S Scoles on 11/12/2014. (skm) (Entered: 11/12/2014) |
| 11/13/2014 | | 18 | ORDER Scheduling Detention Hearing as to Defendant Snofawn Torres-Webber: Detention Hearing set for 11/14/2014 12:00 PM in 111 7th Avenue SE, Courtroom 3, 4th Floor before Chief Magistrate Judge Jon S Scoles. Signed by Chief Magistrate Judge Jon S Scoles on 11/13/2014. (skm) (Entered: 11/13/2014) |
| 11/13/2014 | 🔒 | 19 | SEALED Pretrial Services Report by USA, US Probation, Snofawn Torres-Webber as to Defendant Snofawn Torres-Webber PLEASE NOTE: The Pretrial Services Report shall be used for the purposes of bail determination only and shall remain confidential as provided in Title 18 U.S.C. Section 3153(c)(1). The Pretrial Services Report is not public record and shall not be reproduced or disclosed to any other party (Cannon, Mary) (Entered: 11/13/2014) |
| 11/14/2014 | | 20 | MINUTE Entry for proceedings held before Chief Magistrate Judge Jon S Scoles: Detention Hearing as to Defendant Snofawn Torres-Webber held on 11/14/2014. Defendant released. (Government Exhibit 1 on MSD; Government Exhibits 2 and 3 due by 11/17/2014) (Court Reporter: Kay Carr) (pac) (Entered: 11/14/2014) |
| 11/14/2014 | | 21 | ORDER Setting Conditions of Release as to Defendant Snofawn Torres-Webber. Signed by Chief Magistrate Judge Jon S Scoles on 11/14/2014. (pac) (Entered: 11/14/2014) |
| 11/14/2014 | | 22 | NOTICE of Filing of Exhibits from Hearing by USA as to Defendant Snofawn Torres-Webber re 20 Detention Hearing. (Attachments: # 1 Exhibit 3) (Williams, Lisa) Modified text on 11/17/2014 (pac). (Entered: 11/14/2014) |
| 11/17/2014 | 🔒 | 23 | NOTICE Regarding United States Passport for Criminal Defendant as to Defendant Snofawn Torres-Webber. (pac) (Additional attachment(s) added on |

| | | |
|---|---|---|
| | | 11/17/2014: # 1 Unredacted Notice) (pac). (Entered: 11/17/2014) |
| 12/04/2014 | 32 | MOTION to Consolidate Cases for Trial *Unresisted* by USA as to Snofawn Torres-Webber. (Williams, Lisa) (Entered: 12/04/2014) |
| 12/04/2014 | 35 | ORDER granting 32 MOTION to Consolidate Cases for Trial *Unresisted* as to Defendant Snofawn Torres-Webber - Ends of Justice Time excluded from 12/4/2014 until 2/2/2015. Jury Trial reset for 2/2/2015 at 9:00 AM in 111 7th Avenue SE Courtroom 1, 2nd Floor before Chief Judge Linda R Reade. Final Pretrial Conference set for 2/2/2015 at 8:30 AM in 111 7th Avenue SE Courtroom 1, 2nd Floor before Chief Judge Linda R Reade. Jury Instructions due by 1/23/2015. Trial Related Motions due by 1/19/2015. Status Conference reset for 1/7/2015 at 12:00 PM in 111 7th Avenue SE, Courtroom 3, 4th Floor before Chief Magistrate Judge Jon S Scoles. Signed by Chief Magistrate Judge Jon S Scoles on 12/4/2014. (pac) (Entered: 12/04/2014) |
| 12/08/2014 | 47 | MOTION to Withdraw as Attorney by Max S. Wolson by Snofawn Torres-Webber. (Wolson, Max) (Entered: 12/08/2014) |
| 12/08/2014 | | Attorney update in case as to Defendant Snofawn Torres-Webber. Attorney John Dennis Jacobsen for Snofawn Torres-Webber added. Attorney Max Samuel Wolson terminated. (ksy) (Entered: 12/08/2014) |
| 12/08/2014 | 48 | ORDER granting 47 Motion to Withdraw as Attorney. Max Samuel Wolson withdrawn from case as to Snofawn Torres-Webber (3). Attorney John D. Jacobsen is appointed to represent Defendant. Signed by Magistrate Judge Jon S Scoles on 12/8/14. (ksy) (Entered: 12/08/2014) |
| 12/09/2014 | 52 | NOTICE of Attorney Appearance: John Dennis Jacobsen appearing for Defendant Snofawn Torres-Webber. (Jacobsen, John) (Entered: 12/09/2014) |
| 01/07/2015 | 59 | MINUTE Entry for proceedings held before Chief Magistrate Judge Jon S Scoles: Status Conference as to Defendant Snofawn Torres-Webber held on 1/7/2015. Status Conference reset for 1/14/2015 12:00 PM in 111 7th Avenue SE, Courtroom 3, 4th Floor before Chief Magistrate Judge Jon S Scoles (Court Reporter FTR Gold). (skm) (Entered: 01/07/2015) |
| 01/12/2015 | 67 | TEXT ONLY ORDER to Continue - Ends of Justice as to Defendant Snofawn Torres-Webber. Time excluded from 1/12/2015 until 1/15/2015. Change of Plea Hearing set for 1/15/2015 01:00 PM in 111 7th Avenue SE, Courtroom 4, 4th Floor before Chief Magistrate Judge Jon S Scoles. The Status Hearing currently scheduled for 1/14/2015 is CANCELLED. Signed by Chief Magistrate Judge Jon S Scoles on 1/12/2015. (Stigler, Karo) (Entered: 01/12/2015) |
| 01/12/2015 | 68 | NOTICE of Intent to Plead Guilty by Defendant Snofawn Torres-Webber (Jacobsen, John) (Main Document 68 replaced on 1/13/2015 to correct typographical error) (pac). (Entered: 01/12/2015) |
| 01/13/2015 | 🔒 72 | SEALED Rule 11 Letter By Plaintiff as to Snofawn Torres-Webber (Williams, Lisa) (Entered: 01/13/2015) |
| 01/15/2015 | 77 | NOTICE of Consent to Entry of a Plea of Guilty by Defendant Snofawn Torres-Webber. (pac) (Entered: 01/15/2015) |

| 01/15/2015 | 78 | MINUTE Entry for proceedings held before Chief Magistrate Judge Jon S Scoles: Change of Plea Hearing as to Defendant Snofawn Torres-Webber held on 1/15/2015. Defendant entered a plea of guilty to count 1 of the indictment. Defendant detained. (Sealed Government Exhibit 1 due by 1/18/2015) (Court Reporter: Kay Carr) (pac) (Entered: 01/15/2015) |
|---|---|---|
| 01/15/2015 | 79 | REPORT AND RECOMMENDATION to Accept Guilty Plea to Count 1 of the indictment as to Snofawn Torres-Webber. Objections to R&R due by 1/29/2015. Signed by Chief Magistrate Judge Jon S Scoles on 1/15/2015. (pac) (Entered: 01/15/2015) |
| 01/15/2015 | 🔒 80 | NOTICE of Filing of Sealed Exhibits from Hearing By Plaintiff as to Snofawn Torres-Webber re 78 Change of Plea Hearing. (Williams, Lisa) Modified text on 1/16/2015 (pac). (Entered: 01/15/2015) |
| 01/15/2015 | 🔒 82 | SEALED Offense Conduct Statement as to Defendant Snofawn Torres-Webber (Williams, Lisa) (Entered: 01/15/2015) |
| 01/30/2015 | 84 | ORDER Accepting Report and Recommendation re Plea as to the Indictment regarding Defendant Snofawn Torres-Webber for 79 Report and Recommendation to Accept Guilty Plea to Count 1. Signed by Chief Judge Linda R Reade on 1/30/15. (ksy) (Entered: 01/30/2015) |
| 03/05/2015 | 🔒 91 | SEALED **Draft** Presentence Investigation Report by USA, Jill Bushaw, US Probation, Snofawn Torres-Webber as to Defendant Snofawn Torres-Webber (Attachments: # 1 Instructions for Objecting) (Cannon, Mary) (Entered: 03/05/2015) |
| 03/05/2015 | 🔒 92 | SEALED NOTICE of No Objection to Presentence Investigation Report By Plaintiff as to Snofawn Torres-Webber 91 (Williams, Lisa) (Entered: 03/05/2015) |
| 03/19/2015 | 🔒 94 | SEALED Objection to Presentence Investigation Report By Defendant as to Snofawn Torres-Webber 91 (Jacobsen, John) (Entered: 03/19/2015) |
| 03/27/2015 | 🔒 97 | SEALED Presentence Investigation Report *Final* by USA, Jill Bushaw, US Probation, Snofawn Torres-Webber as to Defendant Snofawn Torres-Webber (Attachments: # 1 Sentencing Worksheet) (Cannon, Mary) (Entered: 03/27/2015) |
| 04/16/2015 | 105 | ORDER SETTING HEARING as to Defendant Snofawn Torres-Webber: Sentencing set for 4/28/2015 02:00 PM in 111 7th Avenue SE Courtroom 1, 2nd Floor before Chief Judge Linda R Reade. Signed by Chief Judge Linda R Reade on 4/15/2015. (skm) (Entered: 04/16/2015) |
| 04/22/2015 | 106 | SENTENCING Memorandum by Defendant Snofawn Torres-Webber (Jacobsen, John) (Entered: 04/22/2015) |
| 04/23/2015 | 107 | MOTION for Variance-- *Downward* by Snofawn Torres-Webber. (Jacobsen, John) (Entered: 04/23/2015) |
| 04/23/2015 | 🔒 108 | SEALED Brief In Support of 107 Motion for Downward Variance as to Defendant Snofawn Torres-Webber. (Jacobsen, John) Modified on 4/24/2015 to update text. (src) (Entered: 04/23/2015) |

| | | | |
|---|---|---|---|
| 04/28/2015 | 🔒 | 110 | NOTICE of Filing of Sealed Exhibits for Sentencing Hearing By Defendant as to Snofawn Torres-Webber. (Attachments: # 1 Exhibit Letter of Support, # 2 Exhibit Letter of Support, # 3 Exhibit Letter of Support, # 4 Exhibit Letter of Support) (Jacobsen, John) Modified text on 4/29/2015 (pac). (Entered: 04/28/2015) |
| 04/28/2015 | | 111 | MINUTE Entry for proceedings held before Chief Judge Linda R Reade:Sentencing held on 4/28/2015 as to defendant Snofawn Torres-Webber. Hearing concluded. Defendant detained. (Court Reporter Patrice Murray.) (Fairlie, Zachary) (Entered: 04/28/2015) |
| 04/29/2015 | | 118 | JUDGMENT as to Defendant Snofawn Torres-Webber (3), Count 1: 44 months imprisonment. 3 years supervised release. $100.00 assessment. Count 2: Dismissed. Signed by Chief Judge Linda R Reade on 4/28/2015. (skm) (Entered: 04/29/2015) |
| 04/29/2015 | 🔒 | 119 | SEALED Statement of Reasons by USA, Jill Bushaw, US Probation, Snofawn Torres-Webber as to Defendant Snofawn Torres-Webber. (skm) (Entered: 04/29/2015) |
| 05/11/2015 | | 122 | NOTICE of Appeal by Defendant Snofawn Torres-Webber re 118 Judgment (Jacobsen, John) (Entered: 05/11/2015) |
| 05/11/2015 | | 123 | NOA Supplement and Transmission of Notice of Appeal as to Defendant Snofawn Torres-Webber to US Court of Appeals re 122 Notice of Appeal - Final Judgment. Case Number due by 5/14/2015. (skm) (Entered: 05/11/2015) |
| 05/15/2015 | | 125 | USCA Case Number as to Defendant Snofawn Torres-Webber 15-2012 for 122 Notice of Appeal - Final Judgment filed by Snofawn Torres-Webber. Appeal Record due by 6/1/2015. Transcript due by 5/26/2015. (Attachments: # 1 USCA Letter) (jjb) (Entered: 05/15/2015) |
| 05/15/2015 | | 127 | ORDER of USCA as to Defendant Snofawn Torres-Webber as to 122 Notice of Appeal - Final Judgment filed by Snofawn Torres-Webber: Attorney John D. Jacobsen is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. A CJA voucher will be mailed to counsel shortly. (jjb) (Entered: 05/15/2015) |
| 05/27/2015 | 🔓 | 128 | NOTICE of Filing of Official Transcript of Sentencing Proceedings as to Defendant Snofawn Torres-Webber held on 4/28/15, before Chief Judge Linda Reade. Court Reporter Patrice Murray, Telephone number (319) 286-2338. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/17/2015. Redacted Transcript Deadline set for 6/29/2015. Release of Transcript Restriction set for 8/25/2015. (jjb) (Entered: 05/27/2015) |
| 05/27/2015 | 🔒 | 129 | NOTICE of Filing of Official Transcript of Excerpt of Sentencing Proceedings (Sealed Record) as to Defendant Snofawn Torres-Webber held on 4/28/15, before Chief Judge Linda R Reade. Court Reporter Patrice Murray, Telephone number (319) 286-2338. (jjb) (Entered: 05/27/2015) |
| 05/27/2015 | | 130 | NOTICE of Filing of Electronic Transcript: Administrative Order attached: Please read for instructions for actions parties/counsel may be required to take re 128 and 129 Sentencing Transcripts. (jjb) (Entered: 05/27/2015) |

| | | | |
|---|---|---|---|
| 05/28/2015 | | 131 | CERTIFIED and Transmitted Record on Appeal as to Defendant Snofawn Torres-Webber to US Court of Appeals re 122 Notice of Appeal - Final Judgment (ksy) (Entered: 05/28/2015) |
| 06/17/2015 | 🔒 | 136 | NOTICE of Disposition Regarding United States Passport for Criminal Defendant by US Probation as to Defendant Snofawn Torres-Webber. (Attachments: # 1 Unredacted Notice) (skm) (Entered: 06/17/2015) |
| 07/02/2015 | | 138 | NOTICE *of Attorney Withdrawal* by USA as to Defendant Bart Kevin Waddell, Jr, Leonard Craig Landt, Jr, Snofawn Torres-Webber (Reinert, Patrick) (Entered: 07/02/2015) |
| 07/02/2015 | | 139 | ORDER of USCA as to Defendant Snofawn Torres-Webber as to 122 Notice of Appeal - Final Judgment: The court reporter is ordered to prepare the transcript of the plea hearing in district court. The clerk of the United States District Court is requested to process the appropriate CJA voucher for payment of the court reporter's expense. (skm) (Entered: 07/02/2015) |
| 07/15/2015 | 🔓 | 140 | NOTICE of Filing of Official Transcript of Change of Plea Hearing Proceedings as to Defendant Snofawn Torres-Webber held on 1/15/15, before Judge Scoles. Court Reporter Kay Carr, Telephone number 319-362-1543. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/5/2015. Redacted Transcript Deadline set for 8/17/2015. Release of Transcript Restriction set for 10/13/2015. (ksy) (Entered: 07/15/2015) |
| 07/15/2015 | | 141 | NOTICE of Filing of Electronic Transcript: Administrative Order attached: Please read for instructions for actions parties/counsel may be required to take re 140 Change of Plea Hearing Transcript. (ksy) (Entered: 07/15/2015) |
| 07/16/2015 | | 142 | TRANSMITTED Supplemental Record on Appeal as to Defendant Snofawn Torres-Webber: 140 Change of Plea Hearing Transcript sent to 8th Circuit Court of Appeals. Appeals court case number: 15-2012. (ksy) . (Main Document 142 replaced on 7/17/2015) (ksy). (Entered: 07/16/2015) |
| 08/28/2015 | | 144 | NOTICE of Receipt for Exhibit as to Defendant Snofawn Torres-Webber: Exhibit marked 1 was released to AUSA. Exhibits must be kept in their original form until termination of any appeal in this matter as stated in LR 57.3(c). (jjb) (Entered: 08/28/2015) |
| 09/18/2015 | | 145 | Judgment Returned Executed as to Defendant Snofawn Torres-Webber. Defendant delivered on 08/03/15 to FCI Waseca. (jjh) (Main Document 145 replaced on 9/18/2015) (jjh). (Entered: 09/18/2015) |
| 01/12/2016 | | 148 | OPINION of USCA as to Defendant Snofawn Torres-Webber as to 118 Judgment: We affirm the sentence, and we grant counsels motion to withdraw. (Attachments: # 1 8th Circuit Correspondence) (ksy) (Entered: 01/12/2016) |
| 01/12/2016 | | 149 | JUDGMENT of USCA as to Snofawn Torres-Webber re 122 Notice of Appeal - Final Judgment: It is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court. (ksy) (Entered: 01/12/2016) |

| | | |
|---|---|---|
| 01/12/2016 | | Attorney update in case as to Defendant Snofawn Torres-Webber. Attorney John Dennis Jacobsen terminated pursuant to 149 (ksy) (Entered: 01/12/2016) |
| 05/18/2016 | | DOCKET Annotation as to Defendant Snofawn Torres-Webber: A 2255 Motion has been filed in 16-CV-92-LRR. All related filings should be made in that civil case. (skm) (Entered: 05/18/2016) |
| 01/03/2017 | | Case as to Defendant Snofawn Torres-Webber Reassigned to Magistrate Judge CJ Williams. Magistrate Judge Jon S Scoles no longer assigned to the case. Clerk checked for conflicts - none found. (djs) (Entered: 01/03/2017) |
| 03/08/2017 | | DOCKET Annotation as to Defendant Snofawn Torres-Webber: 2255 Decision filed in 16-CV-92-LRR. (jjh) (Entered: 03/08/2017) |
| 09/21/2020 | 169 | PRO SE MOTION for Release from Supervision as to Snofawn Torres-Webber. (Filed pursuant to LRR; NEF mailed to defendant) (pac) (Entered: 09/21/2020) |
| 09/21/2020 | | Judge update in case as to Snofawn Torres-Webber: Magistrate Judge Mark A Roberts added. Magistrate Judge CJ Williams-M no longer assigned to case. (pac) (Entered: 09/21/2020) |
| 09/23/2020 | 170 | ORDER denying 169 Pro Se Motion for Early Termination of Supervised Release as to Snofawn Torres-Webber (3). Signed by Judge Linda R Reade on 09/23/2020. (Nef and Order mailed to defendant)(Order eUSP) (kms) (Entered: 09/23/2020) |
| 03/04/2021 | | Case Reassigned as to Defendant Snofawn Torres-Webber to Judge CJ Williams. Chief Judge Linda R Reade no longer assigned to the case. (no conflicts identified - reassigned per chambers) (ksy) (Entered: 03/04/2021) |